287 F.2d 882
 Franklin O'Neal BUTLER, alias Wilbur Carl Sweeten,
v.
Clarence O.HURT, Sheriff of Pittsburg County, Oklahoma.
 No. 6576.
 United States Court of Appeals Tenth Circuit.
 Jan. 6, 1961.
 
 Robert M. Kelly, Denver, Colo., for appellant.
 Owen J. Watts, Asst. Atty. Gen., State of Oklahoma, for appellee.
 Before MURRAH, Chief Judge, and BRATTON and BREITENSTEIN, Circuit judges.
 PER CURIAM.
 
 
 1
 Dismissed on ground appeal was moot.